**Order filed, April 23, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00202-CV
_____

**GEORGE FLEMING AND FLEMING & ASSOCIATES, LLP, Appellant**

**V.**

**THE KIRKLIN LAW FIRM, P.C., CHARLES KIRKLIN AND STEPHEN KIRKLIN, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-02102**

---

### ORDER

The reporter's record in this case was due **April 08, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry and Jennifer Philips**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM